IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| v. | ) | 17-03110-01-CR-S-SRB |
| RONALD A. STONE, | ) | |
| Defendant. | ) | |

## ORDER APPOINTING COUNSEL

ORDERED that, pursuant to the Criminal Justice Act (18 U.S.C. §3006A), Kristin Jones, Attorney at Law, be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

                                                                    */s/ David P. Rush*
                                                                    DAVID P. RUSH
                                                                    United States Magistrate Judge

Date: October 21, 2019